**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRI RILEY-LEE, | No. C-10-02397 EDL |
| Plaintiff, | |
| v. | related to |
| ORTIZ S. HERRON, | |
| Defendant. / | |
| | |
| KATRI RILEY-LEE | No. C-10-02399 |
| Plaintiff, | |
| v. | related to |
| IGCOR, et al., | |
| Defendants. / | |
| | |
| KATRI RILEY-LEE | No. C-10-02400 |
| Plaintiff. | |
| v. | **ORDER FOR REASSIGNMENT** |
| CHARLES MANSON, et al., | |
| Defendants. / | |

In view of the Report and Recommendation filed on July 22, 2010, the clerk shall REASSIGN the above-captioned cases immediately to a district court judge.

Dated: July 22, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge